**Kent GILLILAND, for himself, individually, and on behalf of a class of all others who are similarly situated, Plaintiff–Appellant,**

v.

**AIR LINE PILOTS ASSOCIATION, International, Air Line Pilots Association Delta Master Executive Council, Donald Lee Moak, Captain; individually, and in his capacity as Delta Master Executive Council Chairman, Timothy G. Canoll, Captain; individually, and in his capacity as Delta Master Executive Council Vice–Chairman, Kingsley Roberts, Captain; individually, and in his capacity as Delta Master Executive Council Secretary–Treasurer, et al., Defendants–Appellees.**

No. 09–15815.

United States Court of Appeals, Eleventh Circuit.

Sept. 21, 2010.

James N. Nolan, Constangy, Brooks & Smith, J. Tobias Dykes, Constangy Brooks & Smith, John Quincey Somerville, Galloway & Somerville, L.L.C., Birmingham, AL, for Plaintiff–Appellant.

Peter Herman, Cohen, Weiss & Simon, LLP, New York, NY, David M. Seman-

chik, Herndon, VA, for Defendants–Appellees.

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, we AFFIRM the thorough and well reasoned decision of the District Court granting Summary Judgment to the defendants-appellees in this matter.